```
Troy Monge, Esq.
Law Offices of Martin Taller, APC
2099 S. State College Blvd., Suite 102
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for John McCann
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN McCANN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security Administration,<br><br>　　　　Defendant. | CASE NUMBER:   SACV 05-00007 JWJ<br><br>[PROPOSED]<br>ORDER APPROVING ATTORNEY FEE<br>UNDER 406(b)<br><br>DATE:   May 24, 2007<br>TIME:   2:00 AM<br>DEPT:   C-8th Floor |

The Court, having reviewed the Petition of The Law Offices of Martin Taller for approval of attorney fees under 42 USC §406(b)(1), hereby approves an attorney fee in the amount of $ 9538.00 to be paid from withheld benefits to the Law Offices of Martin Taller. Upon receipt of said sum, The Law Office of Martin Taller will refund the lesser of the fee approved or the EAJA fee to Mr. McCann.

DATED: November 4, 2008

_____
United States Magistrate Judge

- 1 -